**LAW OFFICES OF JOHN BENEDICT**
John Benedict, Esq. (SBN 5581)
2190 E. Pebble Road, Suite 260
Las Vegas, Nevada 89123
Telephone: (702) 333-3770
Facsimile: (702) 361-3685
Email: John@Benedictlaw.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FINNMARK DESIGNS LLC, a Nevada limited liability company; GARETT GORDON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COREY SMEE, an individual; SAMICK MUSIC CORP dba HEALTH MATE SAUNA, a California corporation; KEVIN GARRIGUS, an individual,<br><br>Defendants. | CASE NO.:   2:20-cv-01376-JAD-EJY<br><br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT, AND OPPOSITION AND REPLY TIMES TO ANY MOTION FILED BY DEFENDANTS** |

Defendants, Corey Smee, Samick Music Corp, and Kevin Garrigus, by and through their counsel, John Benedict, Esq. of the Law Offices of John Benedict, and Plaintiffs Finnmark Designs LLC and Garett Gordon, by and through their counsel Ryan Gile, Esq. of Gile Law Group, Ltd. hereby stipulate to extend the time for Defendants to answer or otherwise respond to Plaintiffs' Complaint until August 25, 2020.

1.    Defendant Samick Music Corp was served with the Complaint in the state court matter on June 26, 2020. Defendant Corey Smee was served with the Complaint in the state court matter on or about June 30, 2020. Defendant Kevin Garrigus was not served with the Complaint in the state court matter.

2.      On July 24, 2020, all three Defendants appeared via counsel and removed the state court matter to this Court according to 28 U.S.C. § 1332(a) and 28 U.S.C. § 1441(b).

3.      The Parties were then engaged in settlement discussions to globally settle this action along with an action pending before the United States District Court, Central District of California. Those efforts, while not exhausted, were further delayed by the withdrawal of one of Plaintiffs' attorneys in this action and the pending withdrawal of that same counsel in the California action, which is set for hearing on August 31, 2020.

4.      Based on the foregoing and not for any unreasonable delay, the parties agree and stipulate that Defendants' time to answer or otherwise respond to Plaintiffs' Complaint shall be extended to August 25, 2020.  If Defendants file a motion to dismiss or similarly styled motion, the Plaintiffs' Opposition shall be due on September 25, 2020, and Defendants' Reply due on or before October 9, 2020.

Dated this 21st day of August, 2020.          Dated this 21st day of August, 2020.

**LAW OFFICES OF JOHN BENEDICT**          **GILE LAW GROUP, LTD.**


By:    /s/ John Benedict                              By:    /s/ Ryan Gile
       John Benedict, Esq.                                  Ryan Gile, Esq.
       Nevada Bar No. 005581                               Nevada Bar No. 008807
       2190 E. Pebble Road, Suite 260                       1180 N. Town Center Dr., Suite 100
       Las Vegas, Nevada 89123                              Las Vegas, Nevada 89144
       Telephone: (702) 333-3770                            Telephone: (702) 703-7288
       Email: John@Benedictlaw.com                          Email: rg@gilelawgroup.com
       Attorneys for Defendants                             Attorneys for Plaintiffs

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    Based upon the Stipulation of the Parties, and FOR GOOD CAUSE SHOWN, IT IS

2  HEREBY ORDERED that Defendants shall have up to and including August 25, 2020, to file their

3  responsive pleading to the Complaint; Plaintiffs shall, on or before September 25, 2020, file their

4  Opposition to any motion filed by Defendants; and Defendants shall file their Reply, if any, on or

5  before October 9, 2020.

6    IT IS SO ORDERED.

7

8    Dated August 24, 2020                    _____

9                                             Hon. Elayna J. Youchah
                                              United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28