Ryan Gile, Esq.
Nevada Bar No. 8807
rg@gilelawgroup.com
**GILE LAW GROUP, LTD.**
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Tel. (702) 703-7288

*Attorneys for Plaintiffs Finnmark
Designs LLC and Garett Gordon*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FINNMARK DESIGNS LLC, a Nevada limited liability company; GARETT GORDON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COREY SMEE, an individual; SAMICK MUSIC CORP. D/B/A HEALTH MATE SAUNA, a California corporation; KEVIN GARRIGUS, an individual;<br><br>Defendants. | Case No.: 2:20-cv-01376-JAD-EJY<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>ECF No. 33 |

Plaintiffs Finnmark Designs LLC and Garett Gordon and Defendants, Corey Smee, Samick Music Corp, and Kevin Garrigus, by and through their respective counsel of record, hereby stipulate and agree to dismiss the above-entitled action with prejudice pursuant to a written settlement agreement between the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Jointly and respectfully submitted this 29th day of April, 2021.

| | |
|---|---|
| **LAW OFFICES OF JOHN BENEDICT** | **GILE LAW GROUP, LTD.** |
| By: */s/ John Benedict* | By: */s/ Ryan Gile* |
| John Benedict, Esq. | Ryan Gile, Esq. |
| Nevada Bar No. 005581 | Nevada Bar No. 008807 |
| 2190 E. Pebble Road, Suite 260 | 1180 N. Town Center Dr., Suite 100 |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89144 |
| Telephone: (702) 333-3770 | Telephone: (702) 703-7288 |
| Email: **John@Benedictlaw.com** | Email: **rg@gilelawgroup.com** |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

## ORDER

Based on the parties' stipulation **[ECF No. 33]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 4, 2021